IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **HEATH WHITT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:22cv94-MHT |
| ) | (WO) |
| **GWENDOLYN BABERS, Warden,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

**DISMISSAL ORDER**

Upon consideration of plaintiff's letter to the court (Doc. 4), in which he states that he wishes to dismiss this case, and which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that:

(1) This lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

(2) All pending motions are denied as moot.

This case is closed.

DONE, this the 11th day of March, 2022.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**